

# IN THE
# TENTH COURT OF APPEALS

No. 10-19-00138-CV

PERRY PRICE,

Appellant

v.

AMOS PHILLIPS AND KAITLYN PHILLIPS,

Appellees

From the 52nd District Court
Coryell County, Texas
Trial Court No. DC-16-44889

## MEMORANDUM  OPINION

Appellant, Perry Price, filed an unopposed motion to dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).  Dismissal of this appeal would not prevent a party from seeking relief to which it would otherwise be entitled.  The motion is granted, and the appeal is dismissed.

JOHN E. NEILL
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Neill
Motion granted; appeal dismissed
Opinion delivered and filed May 22, 2019
[CV06]

